FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 30 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

against -

CESAR BUENO,
    also known as "Maton" or
  "Cesar Medina,"

    Defendant.

- - - - - - - - - - - - - - - -X

UNSEALING ORDER

Cr. No. 05-712 (JBW)

EASTERN DISTRICT OF NEW YORK, SS:

    Application having been made on behalf of the UNITED STATES OF AMERICA, by Assistant United States Attorney Shannon C. Jones, for an Order authorizing the government to disclose all orders, applications and affidavits, as well as all records obtained in connection with such orders, applications and affidavits, to defense counsel in the above-captioned matter, and full consideration having been given to the matters set forth therein,

    IT IS HEREBY ORDERED that the government may furnish copies of the orders, applications and affidavits listed below, and the records obtained pursuant thereto, to defense counsel in the above-captioned matter:

| DATE OF SEALING ORDER AND JUDGE | TYPE OF INTERCEPTION, DATE OF AUTHORIZATION ORDER, AND JUDGE |
|---|---|
| Dec. 30, 2004 (Buchwald, J.) | Wire communications over cellular telephone (347) 968-2266 authorized November 30, 2004 (Buchwald, J.) |
| January 31, 2005 (Castel, J.) | Wire communications over cellular telephone (347) 968-2266 authorized December 29, 2004 (Castel, J.) |
| February 28, 2005 (Castel, J.) | Wire communications over cellular telephone (347) 968-2266 and (347) 217-7841 authorized January 27, 2005 (Castel, J.) |
| January 28, 2005 (Castel, J.) | Wire communications over cellular telephone (347) 217-7841 authorized December 27, 2004 (Castel, J.) |
| March 23, 2005 (Patterson, J.) | Wire communications over cellular telephone (347) 968-2266 and (347) 217-7841 authorized February 25, 2005 (Patterson, J.) |
| April 25, 2005 (Lynch, J.) | Wire communications over cellular telephone (212) 810-9211 authorized March 24, 2005 (Lynch, J.) |
| June 3, 2005 (Cote, J.) | Wire communications over cellular telephone (646) 238-0738 authorized May 3, 2005 (Greisa, J.) |

IT IS FURTHER ORDERED that the original orders, applications and affidavits, and records obtained pursuant

thereto, shall remain sealed, and no further disclosure of any of such orders, applications, affidavits, or records shall be made by any person without authorization of this Court.

Dated: Brooklyn, New York
       May __17__ 2006

```
                                    _____
                                    THE HONORABLE JACK B. WEINSTEIN
                                    UNITED STATES DISTRICT JUDGE
                                    EASTERN DISTRICT OF NEW YORK
```